

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

April 30, 2025

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   *Kevin Horsey v. United States of America et al*, 24-cv-05030-KMK

Dear Judge Karas:

This Office represents the United States of America (the "Government") in this action brought by plaintiff Kevin Horsey ("Plaintiff") under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. ("FTCA"). This FTCA action concerns injuries allegedly sustained by Plaintiff while incarcerated in Federal Correctional Institution Otisville.

On April 20, 2025, Plaintiff filed a letter on the docket regarding allegations that the Bureau of Prisons ("BOP"): (1) failed to facilitate his participation in an initial conference;[1] (2) is mishandling his legal mail;[2] and (3) is refusing him access to the prison law library. On April 25, 2025, this Court directed the Government to respond to Plaintiff's letter by May 2, 2025.

I write respectfully to request an extension of time to reply to Plaintiff's letter from May 2, 2025, to May 13, 2025. The reason for this request is that I need additional time to gather information from the BOP to adequately respond to the issues Plaintiff raised. This is the Government's first request for an extension of time to respond to Plaintiff's letter. As Plaintiff is incarcerated and proceeding *pro se*, it is not possible to contact him in a timely manner to request his consent to an extension of time.

I thank the Court for its consideration of this request.

---

[1] Although Docket Entry 30 states that a conference occurred on March 17, 2025, because the Plaintiff was not made available to join, the conference was not held, but the proposed case management order jointly filed by the parties at ECF 29 was endorsed.

[2] As of the time of the filing of this letter, the United States' legal mail to Plaintiff included: (1) copies of docket filings with ECF Numbers 22-30; (2) initial disclosures including a four-page document and enclosures with Bates Stamps Horsey_000001 to Horsey_000498, and (3) the United States' requests for productions and interrogatories directed at Plaintiff and Co-Defendant Seven Corners.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Rachel Kroll*
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: Rachel.Kroll@usdoj.gov

Granted. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

*[signature]*

5/2/25