Case 7:24-cv-05030-KMK   Document 57-1   Filed 05/21/26   Page 1 of 1

UNITED   STATES   DISTRICT   COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN HORSEY,

                 Plaintiff,

     v.

UNITED STATES OF AMERICA and SEVEN
CORNERS, INC.,

               Defendants.

No. 24 Civ. 5030 (KMK)

**ORDER AUTHORIZING THE
DEPOSITION OF AN
INCARCERATED INDIVIDUAL**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant United States Attorney may take the deposition of SPYROS PANOS (Reg. No. 69361-054), either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any correctional facility, upon notice to the individual and the Superintendent of the correctional facility where he is then located.

Dated:   5/23/26

                                SO ORDERED.

                                HON. KENNETH M. KARAS
                                United States District Judge