Case 7:24-cv-05030-KMK Document 71 Filed 08/06/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 6, 2026

**By ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

**Re: *Kevin Horsey v. United States of America*, 24 Civ. 5030 (KMK)**

Dear Judge Karas:

This Office represents the United States of America (the "Government") in this action brought by plaintiff Kevin Horsey ("Plaintiff") related to injuries he allegedly sustained while incarcerated in Federal Correctional Institution, Otisville. The parties write respectfully to inform the Court that they have agreed to a settlement in principle that should resolve this case without the need for further judicial intervention. The parties jointly request that they be given thirty (30) days to reduce this agreement to writing and file a settlement agreement for the Court to so order. They also jointly request that the pre-motion conference currently set for August 10, 2026, ECF No. 70, as well as all remaining discovery deadlines in this case, *see* ECF Nos. 60, 52, be adjourned *sine die*.

We thank the Court for its consideration of these requests.

The August 10 conference is adjourned sine die. The Court will issue a 30-day order.

So Ordered.

8/7/26

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Rachel Kroll*
Rachel Kroll
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for Defendant United States of America*

cc: Plaintiff's counsel (via ECF)